FILED

NOV 13 2026

CLERK, U.S. DISTRICT COURT
TEXAS EASTERN

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | NO. 4:26CR 302 |
| v. | § | Judge Jordan/AGD |
| | § | |
| CHUN KUNTA EVANS | § | |

**INDICTMENT**

The United States Grand Jury charges:

**Count One**

Violation: 18 U.S.C. §2261A(2)
(Cyberstalking)

Beginning on or about September 1, 2026, and continuing until on or about October 20, 2026, in the Eastern District of Texas, and elsewhere, defendant **Chun Kunta Evans,** with the intent to harass, intimidate, or place under surveillance with intent to harass or intimidate an individual known as C.J., used an interactive computer service or electronic communication service or electronic communication system of interstate commerce, or any other facility of interstate commerce, namely, a tracking device, the Tracki App, and the internet, to engage in a course of conduct that placed that person in reasonable fear of death of or seriously bodily injury to that person and caused, attempted to cause, or would be reasonably expected to cause substantial emotional distress to that person.

In violation of Title 18, United States Code, Section 2261A(2)(A)&(B).

A TRUE BILL

SD.
_______________________________
FOREMAN

JAY R. COMBS
UNITED STATES ATTORNEY

_______________________________
LESLEY D. BROOKS
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | NO. 4:26CR 302 |
| v. | § | Judge |
| | § | |
| CHUN KUNTA EVANS | § | |

**NOTICE OF PENALTY**

**Count One**

Violation: 18 U.S.C. § 2261A(2)

Penalty: Imprisonment for a term of not more than 5 years, a fine not to exceed $250,000; supervised release for a term of not more than 3 years.

Special Assessment: $100.00