IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Case No. 4:26CR302 |
| | § | Judge Jordan |
| CHUN KUNTA EVANS | § | |

**PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

TO THE HONORABLE JUDGE OF SAID COURT:

The Petitioner, United States of America, by and through the United States Attorney for the Eastern District of Texas, respectfully show that Defendant, **CHUN KUNTA EVANS (Booking # 674074)** is charged with violations of 18 U.S.C. § 2261A, Stalking. Defendant is presently incarcerated in the Denton County Jail, Denton, Texas.

This Honorable Court has ordered the Defendant to appear in the United States District Court at Sherman, Texas, *instanter*, for hearing.

Petitioner respectfully requests that this Honorable Court issue a Writ of Habeas Corpus Ad Prosequendum commanding the United States Marshal, Eastern District of Texas, and the Sheriff of the Denton County Jail, Denton, Texas, to produce the body of **CHUN KUNTA EVANS (Booking # 674074)** to be brought before this Honorable Court at Sherman, Texas, *instanter* for the stated purpose, and further commanding that **JOSE CHUN KUNTA EVANS (Booking # 674074)** be returned to the custody of the Sheriff at the conclusion of all proceedings or as duly ordered by this Court.

Respectfully submitted,

JAY R. COMBS
UNITED STATES ATTORNEY
EASTERN DISTRICT OF TEXAS

*/s /Lesley D. Brooks*
LESLEY D. BROOKS
Assistant United States Attorney
600 East Taylor Street, Suite 2000
Sherman, Texas 75090
Texas Bar No. 24035762
(903) 868-9454
(903) 892-2792 (fax)
lesley.d.brooks@usdoj.gov

## CERTIFICATE OF SERVICE AND CERTIFICATE OF CONFERENCE

I certify that a true and correct copy of the foregoing was electronically filed on this the 17th day of October, 2026, and has been sent to defense counsel via CM/ECF electronic filing.

*/s/ Lesley D. Brooks*
LESLEY D. BROOKS